UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
    Pilkington

        -V-

    Mitsui Sumitomo

------------------------------------X

#18 Cv 8152 (JFK)

Reminder: Oral argument in this case is set for Thursday, March 12, 2020 at 11:00 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

3-2-20

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-20