UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Pilkington

       -V-             :          #18 Cv 8152 (JFK)

    Mitsui Sumitomo
------------------------------X

The oral argument is rescheduled from March 12, 2020 to March 16, 2020 at 11:30 a.m. in Courtroom 20-C. Counsel are directed to appear in person.

SO ORDERED.

Dated: New York, New York

3-9-20

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-20