UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,          :

                    Plaintiff,          :

         -against-          :          **ORDER**

MITSUI SUMITOMO INSURANCE          :          18-CV-8152 (JFK) (KNF)
COMPANY OF AMERICA and AON RISK
SERVICES,          :

                 Defendants.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties filed a letter with their proposed "Stipulated Protective Order" and "Protocol for the Production of Electronically Stored Information," asserting that disputed issues identified in those documents exist, and the parties "intend to promptly submit these issues to the Court for resolution." Docket Entry No. 127. The Court is not inclined to sign, as order of the Court, documents purporting to be stipulated agreements while containing disputed issues. The parties shall refrain from wasting judicial and their own resources in the future by seeking orders of this ilk.

Dated: New York, New York
      July 13, 2020                                                            SO ORDERED:

                                                                               _Kevin Nathaniel Fox_
                                                                       KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE