UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
PILKINGTON NORTH AMERICA, INC.,    :
                                   :
           Plaintiff,              :
                                   :
    -against-                      :
                                   :   No. 18 Civ. 8152 (JFK)
MITSUI SUMITOMO INSURANCE CO.      :          **ORDER**
OF AMERICA and AON RISK            :
SERVICES CENTRAL, INC.,            :
                                   :
           Defendants.             :
---------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

    The Court received the parties' letters, (ECF Nos. 151, 152). The parties should be prepared to discuss the contents of their letters during oral argument on October 14, 2020.

**SO ORDERED.**

Dated:  New York, New York
        October 13, 2020

                                             /s/ John F. Keenan
                                                 John F. Keenan
                                     United States District Judge