UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,    :

                Plaintiff,    :

     -against-    :    **ORDER**

MITSUI SUMITOMO INSURANCE    :    18-CV-8152 (JFK) (KNF)
COMPANY OF AMERICA and AON RISK
SERVICES,    :

              Defendants.    :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     The Court issued an order on October 21, 2020, see Docket Entry No. 158, indicating that discovery-related matters presented to the Court through a letter appearing at Docket Entry No. 157, were not referred to the Court and should be presented to the assigned district judge. That conclusion was erroneous, as discovery-related matters were referred to the Court via the Opinion and Order appearing at Docket Entry No. 108. Therefore, the Court's order, Docket Entry No. 158 is hereby vacated and the Court shall address the letter appearing at Docket Entry No. 157.

Dated: New York, New York
       October 22, 2020    SO ORDERED:

                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE