```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
PILKINGTON NORTH AMERICA, INC.,  :
                                 :
            Plaintiff,           :
                                 :
        -against-                :   No. 18 Civ. 8152 (JFK)
                                 :
MITSUI SUMITOMO INSURANCE CO.    :         ORDER
OF AMERICA and AON RISK          :
SERVICES CENTRAL, INC.,          :
                                 :
            Defendants.          :
------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

As requested by the parties, oral argument on (1) Aon Risk Services Central, Inc.'s motion to dismiss Mitsui Sumitomo Insurance Company of America's ("MSI") amended cross-claims, (ECF No. 160), and (2) MSI's cross-motion to compel arbitration, (ECF No. 162), will be heard telephonically on December 15, 2020 at 11:00 a.m. using the following conference line and dial-in:

    **AT&T Conference Line: 1-888-363-4749**
    **Access Code: 788 3927 #**

**SO ORDERED.**

Dated:  New York, New York
       November 2, 2020

                                              John F. Keenan
                                  United States District Judge