UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
PILKINGTON NORTH AMERICA, INC., :

              Plaintiff,   :
                      :
    -against-          :
                      :
MITSUI SUMITOMO INSURANCE CO.  :
OF AMERICA and AON RISK      :
SERVICES CENTRAL, INC.,     :
                      :
            Defendants.  :
------------------------------ X

No. 18 Civ. 8152 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    The telephonic oral argument in this case currently scheduled for December 15, 2020, will be heard at **10:00 a.m.** using the following conference line and dial-in:

        **AT&T Conference Line: 1-888-363-4749**
        **Access Code: 788 3927 #**

**SO ORDERED.**

Dated:  New York, New York
       December 7, 2020

                         John F. Keenan
                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2020