UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILKINGTON NORTH AMERICA, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA and AON RISK SERVICES CENTRAL, INC.,<br><br>      Defendants.<br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA.<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>AON UK LIMITED, NIPPON SHEET GLASS CO., LTD., and MITSUI SUMITOMO INSURANCE CO. LTD.,<br><br>      Third-Party Defendants. | Case No. 1:18-cv-08152-JFK |

**NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

Aon UK Limited ("Aon UK"), pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), hereby moves the Court to dismiss the claims against it set forth in Mitsui Sumitomo Insurance Company of America's ("MSI") Third-Party Complaint (Dkt. No. 115). As discussed in the accompanying Memorandum of Law, MSI has not satisfied its burden of demonstrating personal jurisdiction over Aon UK. Alternatively, MSI fails to state a claim against Aon UK upon which relief may be

granted.  Accordingly, the Court should dismiss MSI's claims against Aon UK in their entirety pursuant to Rules 12(b)(2) and 12(b)(6).

Dated: September 21, 2020

                                            Respectfully submitted,

                                            /s/ *Robert B. Ellis*
                                            Robert B. Ellis, P.C. (admitted *pro hac vice*)
                                            Rana B. Dawson (admitted *pro hac vice*)
                                            Michael S. Biehl (admitted *pro hac vice*)
                                            Kelsey Bleiweiss (admitted *pro hac vice*)
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, Illinois 60654-3406
                                            Telephone: (312) 862-2000
                                            Facsimile: (312) 862-2200
                                            Email: robert.ellis@kirkland.com
                                            Email: rana.barakat@kirkland.com
                                            Email: michael.biehl@kirkland.com
                                            Email: kelsey.bleiweiss@kirkland.com

                                            *--and--*

                                            Lauren Casazza, P.C. (NY Bar 4038824)
                                            KIRKLAND & ELLIS LLP
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone: (212) 446-4800
                                            Facsimile: (212) 446-4900
                                            Email:  lcasazza@kirkland.com

                                            *Attorneys for Aon UK Limited*