UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,   :   :
: 
           Plaintiff,   :   **ORDER**
:
  -against-   :   18-CV-8152 (JFK)(KNF)
:
MITSUI SUMITOMO INSURANCE COMPANY   :
OF AMERICA and AON RISK SERVICES   :
CENTRAL,   :
:
           Defendants.   :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on January 22, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
          January 21, 2021

                                          _/s/ Kevin Nathaniel Fox_
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE