UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
PILKINGTON NORTH AMERICA, INC.,  :
                                 :
                    Plaintiff,   :
                                 :
     -against-                   :        No. 18 Civ. 8152 (JFK)
                                 :
MITSUI SUMITOMO INSURANCE CO.    :            **ORDER**
OF AMERICA and AON RISK          :
SERVICES CENTRAL, INC.,          :
                                 :
                    Defendants.  :
------------------------------ X

**JOHN F. KEENAN, United States District Judge:**

     As requested by Aon UK Limited, oral argument on Aon UK

Limited's motion to dismiss Mitsui Sumitomo Insurance Company of

America's third party complaint will be heard telephonically on

February 24, 2021 at 12:00 p.m. using the following conference

line and dial-in:

     AT&T Conference Line: 1-888-363-4749
     Access Code: 788 3927 #

**SO ORDERED.**

Dated:   New York, New York
         January 27, 2021

                                    _____
                                         John F. Keenan
                                    United States District Judge