UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Pilkington

        -V-                         #18 Cv 8152 (JFK)

    Mitsui Sumitomo

------------------------------X

Reminder: The next oral argument is scheduled for Wednesday, February 24, 2021 at 12:00 p.m. The oral argument will be heard telephonically using the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749**
**Access Code: 788 3927#**

SO ORDERED.

Dated: New York, New York

2-17-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-17-21