UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       Pilkington

          -V-                                      #18 Cv 8152 (JFK)

       Mitsui Sumitomo

------------------------------X

Reminder: The next oral argument is scheduled for Wednesday, March 10 2021 at 11:30 a.m. The oral argument will be heard telephonically using the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749**
**Access Code: 788 3927 #**

SO ORDERED.

Dated: New York, New York

3-1-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-21