**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 8, 2021

PILKINGTON NORTH AMERICA, INC.,

                Plaintiff,

vs.

MITSUI SUMITOMO INSURANCE COMPANY
OF AMERICA and AON RISK SERVICES
CENTRAL, INC.,

                Defendants.

-and-

MITSUI SUMITOMO INSURANCE COMPANY
OF AMERICA,

           Third-Party Plaintiff,

vs.

NIPPON SHEET GLASS CO., LTD., AON UK
LIMITED,

          Third-Party Defendants.

Case No. 1:18-cv-08152-JFK

~~[PROPOSED]~~ **ORDER GRANTING MOTION**
**FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the motion filed by Mitsui Sumitomo Insurance Company of America ("MSI-US") seeking leave to file under seal certain documents appended to MSI-US's Amended Third-Party Complaint ("ATPC") and to redact any material descriptions of those documents in the ATPC, it is hereby ORDERED that the motion for leave to file under seal is GRANTED.

**IT IS SO ORDERED** this ___8th___ day of ___June___, 2021.

_John F. Keenan_
Hon. John F. Keenan, U.S.D.J.