UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,          :

                Plaintiff,          :

       -against-                          :          **ORDER**

MITSUI SUMITOMO INSURANCE            :          18-CV-8152 (JFK) (KNF)
COMPANY OF AMERICA and AON RISK
SERVICES, INC.,                                 :

              Defendants.           :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     The parties submitted to the Court a signed stipulation, Docket Entry No. 241, into which they entered. The parties seek the Court's endorsement of that stipulation as an order of the Court. The Court declines to endorse the parties' stipulation as an order of the Court; such an endorsement is not necessary for the stipulation to have effect. Notwithstanding the absence from the stipulation of the Court's endorsement, the parties remain bound to the agreements they reached that are memorialized in their stipulation.

    Dated: New York, New York                                 SO ORDERED:
           October 1, 2021

                                                                             *Kevin Nathaniel Fox*
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE