UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,  :  :
:
                Plaintiff,  :  **ORDER**
:
    -against-  :  18-CV-8152 (JFK)(KNF)
:
MITSUI SUMITOMO INSURANCE COMPANY  :
OF AMERICA and AON RISK SERVICES  :
CENTRAL,  :
:
               Defendants.  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that, on or before October 18, 2021, the movants shall submit to the Court a copy of the disputed document requests and the corresponding objections that are referenced in the writing appearing at Docket Entry No. 243.

Dated:  New York, New York         SO ORDERED:
         October 15, 2021

                                                  _/s/ Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE