UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,                :            :

             Plaintiff,            :            **ORDER**

   -against-                                                  :            18-CV-8152 (JFK)(KNF)

MITSUI SUMITOMO INSURANCE COMPANY       :
OF AMERICA and AON RISK SERVICES               :
CENTRAL,                                                              :

             Defendants.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on October 21, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York            SO ORDERED:
         October 15, 2021

                                                         _Kevin Nathaniel Fox_
                                                         KEVIN NATHANIEL FOX
                                                         UNITED STATES MAGISTRATE JUDGE