UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Pilkington

        -V-　　　　　　　　　　　　　　　　　　#18 Cv 8152 (JFK)

    Mitsui Sumitomo

------------------------------X

A status conference is scheduled for Thursday, November 4, 2021 at 11:00 a.m.

The conference will be heard telephonically using the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749**
**Access Code: 788 3927 #**

SO ORDERED.

Dated: New York, New York

10-27-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-27-21