```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PILKINGTON NORTH AMERICA, INC.,     :
                                    :
                Plaintiff,          :    No. 18 Civ. 8152 (JFK)
                                    :
     -against-                      :         ORDER
                                    :
MITSUI SUMITOMO INSURANCE COMPANY   :
OF AMERICA and AON RISK SERVICES    :
CENTRAL, INC.,                      :
                                    :
                Defendants.         :
------------------------------------X
MITSUI SUMITOMO INSURANCE COMPANY   :
OF AMERICA,                         :
                                    :
          Third-Party Plaintiff,    :
                                    :
     -against-                      :
                                    :
AON UK LIMITED and NIPPON SHEET     :
GLASS CO. LTD.,                     :
                                    :
          Third-Party Defendants.   :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

    All discovery in the above captioned case must be completed on or before September 30, 2022. The Court will give appropriate consideration to any request for an extension of this deadline. The parties, however, should be aware that such requests are unlikely to be granted.

**SO ORDERED.**

Dated:   New York, New York
           November 4, 2021

                                                  John F. Keenan
                                        United States District Judge