UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,           :                          :
                                          :
                Plaintiff,                :           **ORDER**
                                          :
        -against-                         :           18-CV-8152 (JFK)(KNF)
                                          :
MITSUI SUMITOMO INSURANCE COMPANY         :
OF AMERICA and AON RISK SERVICES          :
CENTRAL,                                  :
                                          :
                Defendants.               :
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


        IT IS HEREBY ORDERED that a telephone conference shall be held in the above-

captioned action on November 17, 2021, at 4:00 p.m. All parties are directed to call (888) 557-

8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                    SO ORDERED:
        November 15, 2021

                                              _Kevin Nathaniel Fox_____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE