UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
      Pilkington

                    :            #18  Cv 8152 (JFK)

      -V-                   :

      Mitsui Sumitomo and         :
      Aon Risk Services Central, Inc.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    A status conference is scheduled for Wednesday, November 17, 2021 at 12:00 p.m.

The conference will be heard telephonically using the following  conference line

and dial-in:

       **AT&T Conference Line: 1-888-363-4749**
       **Access Code: 788 3927 #**

              **SO ORDERED.**

   **Dated:  New York, New York**

          11-16-21

                            **JOHN F. KEENAN**
             **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-21