UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
Pilkington North America, Inc., :

        Plaintiff, :

    -V- :            #18 Cv 8152 (JFK)

Mitsui Sumitomo Insurance Co. :
of America and
Aon Risk Services Central, Inc.

        Defendants. :
------------------------------X
Mitsui Sumitomo Insurance Company :
of America,
                               :
        Third-Party Plaintiff,

    -V- :

Aon UK Limited and Nippon Sheet
Glass Co. LTD., :

        Third-Party Defendants. :
------------------------------X

It is hereby ordered that all parties, having agreed, arrange for a Settlement Conference before the Hon. Loretta A. Preska in a telephone conference by Mr. Seth Tucker, Esq., counsel fot the Plaintiff, Pilkington, calling her chambers at #212-805-0240 on November 29, 2021 at 10:00 a.m. Counsel for all parties should be on the telephone call so that a mutually convenient date and time be set for the Settlement Conference.

SO ORDERED.

Dated: New York, New York
       November 17, 2021

                                              John F. Keenan
                                                  U.S.D.J.