UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.,            :

                Plaintiff,            :

         -against-                                      :            **ORDER**

MITSUI SUMITOMO INSURANCE             :            18-CV-8152 (JFK) (KNF)
COMPANY OF AMERICA and AON RISK
SERVICES, INC.,                                              :

               Defendants.         :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      As the parties have indicated that no need exists for the telephonic status conference scheduled for November 30, 2021, at 11:00 a.m., the conference is hereby canceled.

Dated: New York, New York                                          SO ORDERED:
       November 30, 2021

                                                                        /s/ Kevin Nathaniel Fox
                                                                        KEVIN NATHANIEL FOX
                                                                        UNITED STATES MAGISTRATE JUDGE