UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILKINGTON NORTH AMERICA, INC.<br><br>       Plaintiff,<br><br>vs.<br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA and AON RISK SERVICES CENTRAL, INC.<br><br>       Defendants.<br><br>    -and-<br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA,<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>NIPPON SHEET GLASS CO., LTD., AON UK LIMITED,<br><br>       Third-Party Defendants. | Case No. 1:18-cv-08152-JFK |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

     Before the Court is Third Party Defendant Aon UK Limited's ("Aon UK") letter motion to redact material descriptions of certain documents described in Aon UK's Answer to Mitsui Sumitomo Insurance Company of America's Amended Third-Party Complaint in accordance with the January 26, 2021, Protective Order (ECF No. 205). The Court, finding that good cause exists for the relief requested, rules that the motion for leave to redact is GRANTED.

IT IS SO ORDERED this 30 day of November, 2021.

*[signature: John F. Keenan]*
HON. JOHN F. KEENAN, U.S.D.J.