UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PILKINGTON NORTH AMERICA, INC.                :

                                                                       :         ORDER
                        Plaintiff,
                                                                       :         18 Civ. 8152 (JFK) (GWG)
        -v.-
                                                                       :

MITSUI SUMITOMO INSURANCE COMPANY  :
OF AMERICA et al.,
                                                                       :

                        Defendants.                          :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Oral argument on the pending motion to compel (Docket #315) will take place on April 29, 2022, at 11:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

    This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

    Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse and on masking within the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus. If both sides prefer to have the proceeding take place telephonically, they may file a letter on ECF so requesting.

    Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

    SO ORDERED.

Dated: April 5, 2022

    New York, New York

                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge