

Brian E. O'Donnell
Co-Chairman

Direct:
t: 973.451.8555
f: 973.451.8699
bodonnell@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

April 18, 2022

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSEMENT

Re:   <u>Pilkington North America, Inc. v. MSI, et al.</u> (Docket No. 1:18-cv-08152)

Dear Judge Gorenstein:

We represent Mitsui Sumitomo Insurance Company of America ("MSI") in the captioned matter.  On April 5, 2022, we received an email from Your Honor's Law Clerk in connection with Pilkington North America, Inc.'s ("PNA") pending motion to compel (Dkt. #315).  The email directed PNA to select a sample of 15 documents from MSI's withholding and redaction privilege logs for MSI to submit to the Court together with a letter that describes the documents, should the Court wish to review the challenged documents *in camera*.  The email requested that MSI provide the documents and file the letter within 14 days, <u>i.e.</u>, by April 19, 2022.  MSI received PNA's list of chosen documents on Friday, April 15, 2022, at 8 AM.

Given that MSI received PNA's selections shortly before a Holiday weekend, we respectfully request a one-day extension of the deadline for MSI to provide the documents and file the letter until **April 20, 2022**. This is the first request for an extension of this deadline, counsel for PNA consents to this request, and the requested extension will not affect any other scheduled deadlines.

Thank you for your continued attention to this matter.

Respectfully submitted,

Brian E. O'Donnell
cc: All Counsel of Record (via ECF)

Application granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 18, 2022