

Brian E. O'Donnell
Co-Chairman

Direct:
t: 973.451.8555
f: 973.451.8699
bodonnell@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

April 28, 2022

**Via ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

**Re:    Pilkington North America, Inc. v. MSI, _et al._** (Docket No. 1:18-cv-08152)

Dear Judge Gorenstein:

This firm represents Defendant Mitsui Sumitomo Insurance Company of America ("MSI") in the captioned matter.  Yesterday afternoon, the parties received an email from Your Honor's Chambers offering MSI the opportunity to submit additional documents for potential _in camera_ review by the Court in connection with Plaintiff Pilkington North America, Inc.'s motion to compel.  The email indicated that such documents would need to be submitted by the end of the day today, in advance of the Oral Argument currently scheduled for April 29, 2022.

In order to have adequate time to respond to the Court's invitation, MSI respectfully requests an adjournment of tomorrow's hearing.  Pursuant to Rule 1.F of Your Honor's Individual Rules, we have conferred with Your Honor's Deputy Clerk and all counsel of record and, with the consent of all parties, request that the matter be rescheduled for **May 11, 2022 at 11:00 am**.  Thank you for your continued attention to this matter.

Respectfully submitted,

_/s/ Brian E. O'Donnell_

Brian E. O'Donnell

cc: All counsel of record (via ECF)

Adjournment to May 11, 2022, at 11:00 a.m. granted. The documents for in camera review may be presented by May 6, 2022, with an accompanying letter filed on that date.  Separately, the Court will also address at this conference the dispute raised in Docket # 345.

So Ordered.

_/s/ Gabriel W. Gorenstein_
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 28, 2022