```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
PILKINGTON NORTH AMERICA, INC.,      :
                                     :
            Plaintiff,               :          No. 18 Civ. 8152 (JFK)
                                     :
    -against-                        :                 ORDER
                                     :
MITSUI SUMITOMO INSURANCE COMPANY    :
OF AMERICA and AON RISK SERVICES     :
CENTRAL, INC.,                       :
                                     :
            Defendants.              :
------------------------------------ X
MITSUI SUMITOMO INSURANCE COMPANY    :
OF AMERICA,                          :
                                     :
            Third-Party Plaintiff,   :
                                     :
    -against-                        :
                                     :
AON UK LIMITED and NIPPON SHEET      :
GLASS CO. LTD.,                      :
                                     :
            Third-Party Defendants.  :
------------------------------------ X
NIPPON SHEET GLASS CO. LTD.,         :
                                     :
            Fourth-Party Plaintiff,  :
                                     :
    -against-                        :
                                     :
MITSUI SUMITOMO INSURANCE CO.        :
LTD.,                                :
                                     :
            Fourth-Party Defendant.  :
------------------------------------ X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-22

**JOHN F. KEENAN, United States District Judge:**

   The Court has been advised that a settlement in this case has been reached. Accordingly, it is hereby

1

ORDERED that this action is discontinued without costs to any party, subject to reopening if settlement is not consummated within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may reopen it, they must make a letter application to this Court before this 30-day period expires.

**SO ORDERED.**

Dated: New York, New York
June 16, 2022

_____
John F. Keenan
United States District Judge