# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILKINGTON NORTH AMERICA, INC., <br><br>      Plaintiff, <br><br>vs. <br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA and AON RISK SERVICES CENTRAL, INC., <br><br>      Defendants, <br>-and- <br><br>NIPPON SHEET GLASS COMPANY, LIMITED and AON UK LIMITED, <br><br>      Third-Party Defendants, <br>-and- <br><br>MITSUI SUMITOMO INSURANCE COMPANY LIMITED, <br><br>      Fourth-Party Defendant. | Case No. 1:18-cv-08152-JFK-GWG <br><br>**STIPULATION OF DISMISSAL** |

WHEREAS the parties have reached a settlement of all matters here in controversy and agreed that all claims asserted in this action by any party should consequently be dismissed with prejudice and without costs;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that all claims asserted in this action be, and the same hereby are, dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, each of which shall be deemed an original, and a facsimile or PDF copy of the signatures of respective counsel shall be deemed as fully binding as original signatures for all purposes.

Dated: July 13, 2022

By: *Seth A. Tucker* ~SAT
Seth A. Tucker
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
stucker@cov.com

*Counsel for Pilkington North America, Inc.*


By: _____
Marc L. Abrams
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
MLAbrams@mintz.com

*Counsel for Nippon Sheet Glass Company, Limited*


By: _____
Robert B. Ellis
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654-3406
(312) 862-2000
robert.ellis@kirkland.com

*Counsel for Aon Risk Services Central, Inc. and Aon UK Limited*


By: _____
Brian E. O'Donnell
Maura C. Smith
RIKER DANZIG LLP
Headquarters Plaza, One Speedwell Avenue,
P.O. Box 1981
Morristown, NJ 07962
(973) 538-0800
bodonnell@riker.com
msmith@riker.com

Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-3700
korsini@cravath.com

*Counsel for Mitsui Sumitomo Insurance Company of America*

Dated: July 13, 2022

By: _____
Seth A. Tucker
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
stucker@cov.com

*Counsel for Pilkington North America, Inc.*

By: _____
Marc L. Abrams
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
MLAbrams@mintz.com

*Counsel for Nippon Sheet Glass Company, Limited*

By: _____
Robert B. Ellis
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654-3406
(312) 862-2000
robert.ellis@kirkland.com

*Counsel for Aon Risk Services Central, Inc. and Aon UK Limited*

By: _____
Brian E. O'Donnell
Maura C. Smith
RIKER DANZIG LLP
Headquarters Plaza, One Speedwell Avenue,
P.O. Box 1981
Morristown, NJ 07962
(973) 538-0800
bodonnell@riker.com
msmith@riker.com

Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-3700
korsini@cravath.com

*Counsel for Mitsui Sumitomo Insurance Company of America*

Dated: July 13, 2022

By: _____
Seth A. Tucker
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
stucker@cov.com

*Counsel for Pilkington North America, Inc.*

By: _____
Marc L. Abrams
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
MLAbrams@mintz.com

*Counsel for Nippon Sheet Glass Company, Limited*

By: _____
Robert B. Ellis
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654-3406
(312) 862-2000
robert.ellis@kirkland.com

*Counsel for Aon Risk Services Central, Inc. and Aon UK Limited*

By: /s/ Brian E. O'Donnell
Brian E. O'Donnell
Maura C. Smith
RIKER DANZIG LLP
Headquarters Plaza, One Speedwell Avenue,
P.O. Box 1981
Morristown, NJ 07962
(973) 538-0800
bodonnell@riker.com
msmith@riker.com

Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-3700
korsini@cravath.com

*Counsel for Mitsui Sumitomo Insurance Company of America*

Dated: July 13, 2022

By: _____
Seth A. Tucker
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
stucker@cov.com

*Counsel for Pilkington North America, Inc.*

By: _____
Marc L. Abrams
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
MLAbrams@mintz.com

*Counsel for Nippon Sheet Glass Company, Limited*

By: _____
Robert B. Ellis
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654-3406
(312) 862-2000
robert.ellis@kirkland.com

*Counsel for Aon Risk Services Central, Inc. and Aon UK Limited*

By: _____
Brian E. O'Donnell
Maura C. Smith
RIKER DANZIG LLP
Headquarters Plaza, One Speedwell Avenue,
P.O. Box 1981
Morristown, NJ 07962
(973) 538-0800
bodonnell@riker.com
msmith@riker.com

Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-3700
korsini@cravath.com

*Counsel for Mitsui Sumitomo Insurance Company of America*